1  MELINDA L. HAAG, CSBN CA 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   TOVA WOLKING, CSBN 259782
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8980
       Facsimile:  (415) 744-0134
7      E-Mail: Tova.Wolking@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  MARGARITA ROCHA,                    )      Case No. 5:11-cv-04517-LHK
                                        )
12              Plaintiff,              )
                                        )
13      v.                              )      [PROPOSED] ORDER
                                        )
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
                Defendant.              )
16                                      )
                                        )
                                        )
17
        Based upon the parties' Joint Stipulation for Extension of Time, and for good cause shown, IT
18
    IS ORDERED that defendant's time to file an appropriate response to plaintiff's complaint be
19
    extended by twenty-one (21) days, up to and including February 13, 2012.
20

21          January 24, 2012
    DATED: _____         _Lucy H. Koh_____
22
                                     HONORABLE LUCY H. KOH
23                                   UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28