1  MELINDA L. HAAG, CSBN CA 132612
United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
TOVA WOLKING, CSBN 259782
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
   San Francisco, California 94105
6     Telephone: (415) 977-8980
   Facsimile: (415) 744-0134
7     E-Mail: Tova.Wolking@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 MARGARITA ROCHA,         )   Case No. 5:11-cv-04517-LHK
                           )
12            Plaintiff,         )
                           )
13    v.                       )   [~~PROPOSED~~] ORDER
                           )
14 MICHAEL J. ASTRUE,         )
Commissioner of Social Security, )
15                            )
           Defendant.       )
16                            )
   _____)
17
      Based upon the parties' Joint Stipulation for Extension of Time, and for good cause shown, IT
18
IS ORDERED that defendant's time to file an appropriate response to plaintiff's complaint be
19
extended by twenty-one (21) days, up to and including February 13, 2012.
20

21 DATED: __January 24, 2012__       _/s/ Lucy H. Koh_____
22                                        HONORABLE LUCY H. KOH
23                                        UNITED STATES DISTRICT COURT JUDGE
24
25
26
27
28