1 MELINDA L. HAAG, CSBN 132612
United States Attorney
2 DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
TOVA D. WOLKING, CSBN 259782
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone: (415) 977-8980
   Facsimile: (415) 744-0134
7    E-Mail: Tova.Wolking@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROCHA, | Case No. 5:11-cv-04517-LHK |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk shall close the file.

DATED: February 2, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE