MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROCHA, | Case No. 5:11-cv-04517-LHK |
|     Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of NINE HUNDRED and FIFTY dollars ($950.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

///

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Tom Weathered, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted February 21, 2012.

Respectfully submitted,

LAW OFFICES OF TOM WEATHERED

Date: February 21, 2012      By:    */s/ Tom Weathered**
                                    TOM WEATHERED
                                    Attorney for Plaintiff
                                    *By email authorization on 02/21/12

                                    MELINDA L. HAAG
                                    United States Attorney

Date: February 21, 2012      By:    /s/ *Tova D. Wolking*
                                    TOVA D. WOLKING
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 23, 2012                 _____
                                         HON. LUCY H. KOH
                                         UNITED STATE MAGISTRATE JUDGE

Stip. & Proposed Order for EAJA, 5:11-cv-04517-LHK

2