1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   TOVA D. WOLKING, CSBN 259782
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8980
       Facsimile: (415) 744-0134
7      E-Mail: Tova.Wolking@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11 MARGARITA ROCHA,                    )   Case No. 5:11-cv-04517-LHK
                                       )
12         Plaintiff,                  )   STIPULATION AND ~~PROPOSED~~
                                       )   ORDER FOR THE AWARD OF
13     v.                              )   ATTORNEY'S FEES PURSUANT TO
                                       )   EQUAL ACCESS TO JUSTICE ACT,
14 MICHAEL J. ASTRUE,                  )   28 U.S.C. § 2412
   Commissioner of Social Security,    )
15                                     )
           Defendant.                  )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19 subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the

20 amount of NINE HUNDRED and FIFTY dollars ($950.00).  This amount represents compensation

21 for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil

22 action, in accordance with 28 U.S.C. § 2412.

23     After the Court issues an order for EAJA fees to Plaintiff, the government will consider the

24 matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff,

25 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject

26 to any offset allowed under the United States Department of the Treasury's Offset Program.  After the

27 order for EAJA fees is entered, the government will determine whether they are subject to any offset.

28 ///

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Tom Weathered, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted February 21, 2012.

Respectfully submitted,

LAW OFFICES OF TOM WEATHERED

Date: February 21, 2012   By:   */s/ Tom Weathered*\*
TOM WEATHERED
Attorney for Plaintiff
\*By email authorization on 02/21/12

MELINDA L. HAAG
United States Attorney

Date: February 21, 2012   By:   /s/ *Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 23, 2012

HON. LUCY H. KOH
UNITED STATE MAGISTRATE JUDGE

Stip. & Proposed Order for EAJA, 5:11-cv-04517-LHK

2